1  Megan O'Neill (SBN 220147)
   moneill@dtolaw.com
2  DTO LAW
   702 Marshall Street, Suite 640
3  Redwood City, California 94063
   Telephone: (415) 630-4100
4  Facsimile:  (415) 630-4105

5  *Attorneys for Defendants*
   UNILEVER UNITED STATES, INC.
6  and CONOPCO, INC.

7

   Seth A. Safier (SBN 197427)
8     seth@gutridesafier.com
   Anthony J. Patek (SBN 228964)
9     anthony@gutridesafier.com
   GUTRIDE SAFIER LLP
10  100 Pine Street, Suite 1250
   San Francisco, California 94111
11  Telephone: (415) 639-9090
   Facsimile:  (415) 449-6469
12
   *Attorneys for Plaintiffs*
13

              UNITED STATES DISTRICT COURT
14
              NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| JEFFREY KENT, MONICA BURROLA and NITAYA MCGEE, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>UNILEVER UNITED STATES, INC., and CONOPCO, INC.,<br><br>           Defendants. | Case No. 3:25-cv-03660-JCS<br>Honorable Joseph C. Spero<br><br>**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING CLAIMS AGAINST UNILEVER UNITED STATES, INC. AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS BY CONOPCO, INC.** |

24        Pursuant to Fed. R. Civ. Procedure 41 and Civil Local Rules 6-1, 6-2 and 7-12,

25  Defendants Unilever United States, Inc. ("Unilever US"), and Conopco, Inc., together

26  with Plaintiffs Jeffrey Kent, Monica Burrola, and Nitaya McGee, by and through

27  their respective counsel, hereby jointly submit this stipulation to voluntarily dismiss

28

1  Plaintiffs' claims against Unilever US without prejudice and establish a briefing
2  schedule for Conopco's forthcoming motion to dismiss, as follows:
3        WHEREAS, Plaintiffs served the Class Action Complaint (ECF No. 1) on
4  Unilever US on May 5, 2025, and on Conopco on May 15, 2025;
5        WHEREAS, Unilever US's response to the Class Action Complaint was
6  originally due on May 27, 2025, and Conopco's response to the Class Action
7  Complaint was originally due on June 5, 2025;
8        WHEREAS, on May 23, 2025, and pursuant to Civil Local Rule 6-1, the parties
9  submitted a joint stipulation to extend Defendants' time to answer or respond to the
10 Class Action Complaint until June 11, 2025 (ECF No. 8);
11       WHEREAS, Defendants' current deadline to answer or respond to the Class
12 Action Complaint is June 11, 2025;
13       WHEREAS, Defendants intend to file a motion to dismiss pursuant to Fed. R.
14 Civ. P. 12;
15       WHEREAS, absent an extension, Plaintiffs' deadline to file an opposition to
16 Defendants' motion to dismiss would be June 25, 2025, and Defendants' deadline to
17 file a reply in support of its motion to dismiss would be July 2, 2025;
18       WHEREAS, given the complexity of the matters in this putative class action
19 and the number of asserted claims, the parties agree there is good cause to stipulate
20 to a briefing schedule beyond the deadlines imposed by Civil Local Rule 7-3;
21       WHEREAS, the parties have met and conferred and agreed to the following
22 briefing schedule: (i) Defendants' motion to dismiss shall be due by June 11, 2025,
23 the current deadline to answer or respond to the Class Action Complaint; (ii)
24 Plaintiffs' opposition to Defendants' motion to dismiss shall be due by July 11, 2025;
25 and (iii) Defendants' reply in support of their motion to dismiss shall be due by July
26 28, 2025;
27       WHEREAS, the imposition of the above-described briefing schedule would not
28 alter the date of any event or any deadline already fixed by Court order;

1     WHEREAS, Defendants have represented that Unilever US is a holding
2 company and that its subsidiary, Conopco, is the operating entity that manufactures
3 and markets the products accused in the Complaint;
4     WHEREAS, Plaintiffs currently believe that Unilever US possesses at most
5 limited evidence relevant to this case, if any, and its subsidiary, Conopco, has agreed
6 to accept service of discovery requests on behalf of Unilever US and facilitate
7 discovery from Unilever US if the need arises;
8     NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to the Court's
9 approval, Plaintiffs' deadline to file an opposition to the motion to dismiss shall be
10 July 11, 2025, and Defendants' deadline to file a reply in support of their motion to
11 dismiss shall be July 28, 2025. The parties further stipulate to Plaintiffs' withdrawal
12 and voluntary dismissal without prejudice of their claims against Unilever US, which
13 will be reflected in an Amended Class Action Complaint to be filed at a later date.
14 Conopco agrees to accept service on behalf of, and facilitate discovery directed to,
15 Unilever US.  Nothing herein shall act as a waiver by Unilever US of any objection to
16 discovery available under the law.  Each party reserves all other rights with respect
17 to discovery that may be served relating to Unilever US.

19 Dated:  June 4, 2025                         DTO LAW

20                                              By:  /s/ Megan O'Neill
21                                                   Megan O'Neill

22                                              Attorneys for Defendants
23                                              UNILEVER UNITED STATES, INC. and
                                                CONOPCO, INC.

24 Dated:  June 4, 2025                         GUTRIDE SAFIER LLP
25
                                                By:  /s/ Anthony J. Patek
26                                                   Anthony J. Patek
                                                     Seth A. Safier
27
                                                Attorneys for Plaintiffs
28

1009156.2                              3                    Case No. 3:25-cv-03660-JCS
JOINT STIPULATION VOLUNTARILY DISMISSING CLAIMS AGAINST UNILEVER UNITED
STATES, INC. AND SETTING BRIEFING SCHEDULE

1              CIVIL LOCAL RULE 5-1(i)3 ATTESTATION

2       Pursuant to Civil Local Rule 5-1(i)(3), I, Megan O'Neill, obtained concurrence

3  in the filing of this document from signatories Anthony J. Patek and Seth A. Safier.

4
                                       /s/ Megan O'Neill
5                                      Megan O'Neill

6

7

8       PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO

9  ORDERED.

10

11  DATED:                             _____
                                       JOSEPH C. SPERO
12                                     UNITED STATES MAGISTRATE JUDGE