UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY KENT, et al.,

        Plaintiffs,

v.

CONOPCO, INC.,

        Defendant.

Case No.  25-cv-03660-JCS

**ORDER DENYING MOTION TO STAY**

Re: Dkt. No. 34

Defendant brings a motion to stay this case pending resolution of the appeal in *McWhorter v. Procter & Gamble Co.*, No. 25-3161 (9th Cir. Filed April 18, 2025).  The motion has been fully briefed and the Court finds that it can be decided without oral argument, pursuant to Civil Local Rule 7-1(b).  The Court therefore vacates the motion hearing set for **January 28, 2026**.  Good cause appearing, the motion is DENIED.

      **IT IS SO ORDERED.**

Dated:  January 20, 2026

_____

JOSEPH C. SPERO
United States Magistrate Judge