United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY KENT, et al.,
Plaintiffs,
v.
CONOPCO, INC.,
Defendant.

Case No. 25-cv-03660-JCS

**ORDER APPROVING STIPULATED DISMISSAL OF PUTATIVE CLASS ACTION**

On July 21, 2026, the parties filed a stipulated dismissal of this action whereby the parties agreed to dismiss the plaintiffs' claims with prejudice while dismissing the claims of the putative class without prejudice. Because the stipulation involved the dismissal of putative class claims, the Court struck the stipulation and ordered the parties to file a request for dismissal that addressed the requirements of Rule 23(e) of the Federal Rules of Civil Procedure under *Diaz v. Trust Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989). Dkt. no. 53. The parties subsequently filed a request for dismissal that addresses the *Diaz* factors, enabling the Court to conduct the limited review required under that case. The Court now finds that the dismissal of the claims of the putative class members is consistent with the requirements of Rule 23(e). Accordingly, the Court approves the stipulation of the parties and DISMISSES this action in its entirety. All of Plaintiffs' claims in this action are dismissed with prejudice. The claims of the putative class members are dismissed without prejudice. All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 19, 2026

JOSEPH C. SPERO
United States Magistrate Judge